UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:08CV1041 ERW |
| | ) | |
| CHARLES SMOCK, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ENTERED BY DISTRICT JUDGE

Pursuant to Fed. R. Civ. P. 55(b)(1), Judgment by default is hereby entered in favor of the

Plaintiff, United States of America, and against defendant CHARLES SMOCK, in the sum of

$21,637.31, ($18,075.70 principal, $3,561.61 interest to November 6, 2008), plus interest until

the date of judgment, and post-judgment interest at the legal rate as provided by law.

DATED: _November 5, 2008_

E. RICHARD WEBBER
United States District Judge
Eastern District of Missouri